Terry F. NEWELL, Plaintiff–Appellee,

v.

Frank SAUSER; Lou Easter; Sharon Starr, Sgt.; Disciplinary Committee Chairperson; Tom Reimer, Sgt.; Robert Hartzler, Officer of the Spring Creek Correctional Center; in their individual and official capacities, Defendants–Appellants.

No. 94–35243.

United States Court of Appeals, Ninth Circuit.

Dec. 18, 1995.

Before: WRIGHT, POOLE, and WIGGINS, Circuit Judges.

### ORDER

The opinion filed on September 11, 1995, 64 F.3d 1416 (9th Cir.1995), is withdrawn.